```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
JUAN RAMIREZ-LOPEZ, et al., and
all others similarly situated,
                                        MEMORANDUM AND ORDER
        Plaintiffs,
                                        Civil Action No.
    -against-                           CV-04-4163 (DGT)

ELLI'S ASSOCIATES, INC., et al.,

        Defendants.
--------------------------------X
```

Trager, J:

On April 28, 2006, Magistrate Judge Levy issued a Report and Recommendation in the above-captioned matter recommending a dismissal based on lack of prosecution. No objection to this Report and Recommendation has been filed with the Court. Accordingly, the Court adopts the Report and Recommendation.

Dated: Brooklyn, New York
       June 9, 2006

                                        SO ORDERED:

                                        /s/
                                        David G. Trager
                                        United States District Judge