UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUAN RAMIREZ-LOPEZ, et al., and
all others similarly situated,

                        Plaintiffs,

-against-

ELLI'S ASSOCIATES, INC., et al.,

                        Defendants.
---------------------------------------------------------------X

JUDGMENT
04-CV- 4163 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 21 2006 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on June 15, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated April 28, 2006; and dismissing the case for lack of prosecution; it is

       ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; and that judgment is hereby entered dismissing the case for lack of prosecution.

Dated: Brooklyn, New York
         June 16, 2006

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court